# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

MARCUS D. HAGLER

(Name and Address of Defendant)

**FILED**
MAY 1 5 2008 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE ASHMAN
**CRIMINAL COMPLAINT**

CASE NUMBER: **08CR 392**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __09/06/2001__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of First Degree Murder

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
                                        Official Title
facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

Signature of Complainant
**Garrett H. Croon**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

__May 15, 2008__                                    at        __Chicago, Illinois__
Date                                                          City and State

__Martin C. Ashman, United States Magistrate Judge__
Name & Title of Judicial Officer                              Signature of Judicial Officer

STATE OF ILLINOIS       )
                        ) ss
COUNTY OF COOK          )

### A F F I D A V I T

I, GARRETT H. CROON, being duly sworn, depose and say:

1. I am employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed for five years. I am currently assigned to the Violent Crimes Task Force and familiar with fugitive investigations. The information contained in this affidavit was furnished to me by the Cook County Sheriff's Office unless otherwise indicated.

2. On September 6, 2001, MARCUS D. HAGLER, also known as DERRICK BOND, was arrested for murder by the Cook County Sheriff's Office. HAGLER was issued a bond and released but later failed to appear for a probation hearing on May 6, 2002. Consequently, the Circuit Court of Cook County issued a warrant for his arrest for the offense of first degree murder. A copy of the arrest warrant is attached to this affidavit.

3. On October 17, 2004, HAGLER was arrested at Midway Airport attempting to pass through airport security with a firearm. HAGLER was booked to fly on Southwest Airlines to Ft. Lauderdale, Florida. HAGLER was in possession of a 9mm pistol with an obliterated serial number as well as approximately $19,000 in cash. HAGLER presented a Georgia driver's license in his alias name which listed an address in Atlanta, Georgia. HAGLER was arrested and brought to the Cook County jail in Chicago, Illinois. An interview

conducted by affiant of an associate of HAGLER revealed that HAGLER was purposely bonded out of jail in time so his fingerprints would not be returned revealing his true identity.

    4. Attempts to locate HAGLER in the Chicago area by the FBI and Cook County Sheriff's Office have been unsuccessful.

    5. Based upon the information contained in this affidavit, there is probable cause to believe MARCUS D. HAGLER has fled the State of Illinois to avoid prosecution for murder.

    6. The Cook County State's Attorney's Office will extradite HAGLER when he is apprehended.

GARRETT H. CROON
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me this day 15th of May 2008

Martin C. Ashman
United States Magistrate Judge

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS
VS
MARCUS D HAGLER

CASE NO. 98C66178801 W002
WARRANT TYPE { VOP }

## DUPLICATE COPY - ARREST WARRANT

The people of the State of Illinois to all peace officers in the State - Greetings:

We command you to arrest (Defendant) MARCUS D HAGLER for the offense of
(Description) MURDER/INTENT TO KILL/INJURE
(Chapter) 720   (Section) 5/9-1(A)(1)
stated in a charge now pending before this court and that you bring him/her instanter before the Circuit Court of Cook County at (Location) MARKHAM COURTHOUSE   (Room) 105
16501 S KEDZIE AVE
MARKHAM, IL 60426
at 9:00 A.M. or if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

### GEOGRAPHIC LIMITATIONS

Unless otherwise indicated below the geographic limitations are those as specified in 725.ILCS 5/107-9(e).

Issued in Cook County 05/06/2002
Bail fixed at $ -- NO BAIL --

_____
(Geographic Limitations)

Judge   FRANK G. ZELEZINSKI   Code 1728

_____
Prosecutor

Judge   FRANK G. ZELEZINSKI   Code 1728

Witness: Clerk of the Court and seal thereof, 05/06/2002

Clerk of the Circuit Court _____   By Deputy Clerk _____

---

IR 000000000  |CB/DCN L13468405  |FBI          |SID 0000000000   |SSN 000000000   |BOND NO 000000000

---

Complainant's Name
Address                                         City                          State        Zip
Arresting Officer                               Star No 00000
Agency/Unit   COOK COUNTY SHERIFF

Reviewed By: _____         Audited By: _____
              Prosecutor                                        Clerk

Prepared by: CC SHERIFFS POLICE     Printed:   05/04/2005 10:54:20   System:   SUP0.CL30.SP86.GASP284