# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 392 - 1 | **DATE** | 5/15/2008 |
| **CASE TITLE** | USA vs. Marcus D. Hagler | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Marcus D. Hagler.

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|

Case 1:08-cr-00392    Document 2    Filed 05/15/2008    Page 1 of 1

08CR392 - 1 USA vs. Marcus D. Hagler                                                    Page 1 of 1